**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 02-6778

KELVIN LYNN WHITEHEAD,

Petitioner - Appellant,

versus

LONNIE M. SAUNDERS, Warden,

Respondent - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Senior District Judge. (CA-01-331)

Submitted: August 29, 2002          Decided: September 5, 2002

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Kelvin Lynn Whitehead, Appellant Pro Se.  Steven Andrew Witmer, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kelvin Lynn Whitehead appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error.[*] Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See <u>Whitehead v. Saunders</u>, No. CA-01-331 (W.D. Va. Apr. 15, 2002). We deny Whitehead's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] The district court, in its opinion, stated that Whitehead was convicted of abduction and assault and battery. We note that the actual offense of conviction was aggravated malicious wounding.